IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Smith et al. ,

Plaintiff(s),

v.

NVR, Inc.,

Defendant(s).

Case No. 17 C 8328
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiffs Paul and Deborah Smith, and against Defendant NVR, Inc., in the amount of $105,750.

This action was *(check one)*:

☒ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:  5/9/2022                                Thomas G. Bruton, Clerk of Court

                                               /S/ Jackie Deanes , Deputy Clerk